# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

GREGORY MOORE

NO. 2024 KW 1187

**MARCH 14, 2025**

---

In Re:     Gregory Moore, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge, No.
           AW-23-01707.

---

**BEFORE:     THERIOT, HESTER, AND EDWARDS, JJ.**

**WRIT DENIED.**

                              MRT
                              CHH
                              BDE

COURT OF APPEAL, FIRST CIRCUIT

*[signature]*

DEPUTY CLERK OF COURT
     FOR THE COURT